CO-386-online
10/03

# United States District Court
# For the District of Columbia

Equal Rights Center and Rosemary Ciotti )
)
)
)
      vs    Plaintiff )    Civil Action No._____
)
Potbelly Sandwich Works, LLC )
)
)
      Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Equal Rights Center_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Equal Rights Center_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

412959
BAR IDENTIFICATION NO.

Richard A. Ripley
Print Name

Bingham McCutchen LLP, 2020 K Street, NW
Address

Washington, DC  20006
City      State      Zip Code

(202) 373-6000
Phone Number