IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER )<br>)<br>and )<br>)<br>ROSEMARY CIOTTI, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>POTBELLY SANDWICH WORKS, LLC, )<br>)<br>Defendant. )<br>) | Case No. 1:07-CV-00283-CKK |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Judah Lifschitz, Esq., and Richard Karpinski, Esq., and the law firm of Shapiro Lifschitz and Schram, PC, 1742 N Street, NW, Washington, DC  20036, Telephone 202-689-1900, Facsimile 202-689-1901, as attorneys for Defendant Potbelly Sandwich Works, LLC

Dated: July 25, 2007

Respectfully submitted,

SHAPIRO, LIFSCHITZ AND SCHRAM, PC

_____/s/_____
Judah Lifschitz, Esquire (Bar No. 963330)
Richard Karpinski, Esquire (Bar No. 393412)
1742 N Street, N.W.
Washington, D.C. 20036
(202) 689-1900 (telephone)
(202) 689-1901 (facsimile)

Attorneys for Defendant
Potbelly Sandwich Works, LLC

Of Counsel:

Jane M. McFetridge (upon admission *pro hac vice*)
Steve A. Miller (upon admission *pro hac vice*)
Fisher & Phillips LLP
1000 Marquette Building
140 South Dearborn
Chicago, IL 60603

Tom P. Rebel (upon admission *pro hac vice*)
Fisher & Phillips LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA 30326

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2007, a copy of the foregoing was served upon the following by federal express for next day delivery, addressed to:

Richard A. Ripley
Gerard P. Finn
John J. Dempsey
Bingham McCutchen LLP
2020 K Street, NW
Washington, D.C. 20006-1806

Elaine Gardner
Robert Bruskin
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036

/s/
Richard Karpinski