# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER<br><br>and<br><br>ROSEMARY CIOTTI,<br><br>Plaintiffs,<br><br>v.<br><br>POTBELLY SANDWICH WORKS, LLC,<br><br>Defendant. | Case No. 1:07-CV-00283-CKK |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Potbelly Sandwich Works, LLC, pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, hereby submits its Corporate Disclosure Statement and in support thereof states as follows:

The undersigned, counsel of record for Potbelly Sandwich Works, LLC, certifies that to the best of his information and belief, the following are parent companies, subsidiaries or affiliates of Defendant Potbelly Sandwich Works, LLC which have any outstanding securities in the hands of the public:

**None.**

These representations are made in order that judges of this court may determine the need for recusal.

Dated: July 25, 2007                                Respectfully submitted,

SHAPIRO, LIFSCHITZ AND SCHRAM, PC


_____/s/_____
Judah Lifschitz, Esquire (Bar No. 963330)
Richard Karpinski, Esquire (Bar No. 393412)
SHAPIRO, LIFSCHITZ AND SCHRAM, P.C.
1742 N Street, N.W.
Washington, D.C. 20036
(202) 689-1900 (telephone)
(202) 689-1901 (facsimile)

Attorneys for Defendant
Potbelly Sandwich Works, LLC

Of Counsel:

Jane M. McFetridge (upon admission *pro hac vice*)
Steve A. Miller (upon admission *pro hac vice*)
Fisher & Phillips LLP
1000 Marquette Building
140 South Dearborn
Chicago, IL 60603

Tom P. Rebel (upon admission *pro hac vice*)
Fisher & Phillips LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA 30326

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2007, a copy of the foregoing was served upon the following by federal express for next day delivery, addressed to:

> Richard A. Ripley
> Gerard P. Finn
> John J. Dempsey
> Bingham McCutchen LLP
> 2020 K Street, NW
> Washington, D.C. 20006-1806
>
> Elaine Gardner
> Robert Bruskin
> Washington Lawyers' Committee for
> Civil Rights and Urban Affairs
> 11 Dupont Circle, N.W.
> Suite 400
> Washington, D.C. 20036

/s/
Richard Karpinski