## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER )<br><br>and )<br><br>ROSEMARY CIOTTI, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>POTBELLY SANDWICH WORKS, LLC )<br>)<br>Defendant. )<br>) | Case No. 1:07-CV-00283-CKK |

## JOINT AND AGREED UPON STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR FILE RESPONSIVE PLEADING

Plaintiffs, Equal Rights Center and Rosemary Ciotti, and Defendant, Potbelly Sandwich Works, LLC (collectively, the "Parties"), by and through their respective counsel, submit this Joint and Agreed Upon Stipulation for an Extension of Time of forty-five (45) days from the date currently set for Defendant to submit their answer or other responsive pleading to Plaintiffs' Complaint, and in support of this Stipulation the Parties state as follows:

1.      On February 7, 2007, Plaintiffs filed their Complaint in this matter, which contains claims arising under Title III of the Americans With Disabilities Act, and the District of Columbia Human Rights Act.

2.      Plaintiffs' lawsuit alleges, among other things, that there are multiple barriers to access at eleven (11) of Defendant's restaurants in Washington, D.C.

3.      On or about May 31, 2007, Defendant executed a service waiver pursuant to Rule 4 of the Federal Rules of Civil Procedure, thereby providing Defendant until July 30, 2007, to file its answer or other responsive pleading to Plaintiffs' complaint.

4.      After learning of the instant lawsuit, Defendant conducted an investigation into Plaintiffs' allegations and surveyed each of the eleven (11) restaurants identified in Plaintiffs' complaint.  Defendant continues to examine a number of potential measures to address Plaintiffs' asserted violations.

5.      The Parties also have been actively engaged in settlement negotiations, and they have voluntarily exchanged information for purposes of the same.  The progress of the Parties' settlement negotiations, however, have been complicated by the complexity of the issues involved.  The issues raised by the Complaint involve a host of legal and practical concerns that the Parties are currently attempting to resolve.  As such, the Parties believe an extension of time for Defendant to respond to the Complaint will allow the Parties to continue to focus on resolving these concerns and will facilitate the Parties' settlement negotiations.

6.       This request and Stipulation is not being brought for the purpose of delay or for any improper purpose.

7.      This is Defendant's first request for an extension of time to answer or otherwise respond to Plaintiffs' Complaint.

8.      Accordingly, in the interest of judicial economy and to facilitate further settlement negotiations, the Parties respectfully request that this Court grant Defendant forty-five (45) days from the date currently set to submit their answer or other responsive pleading to Plaintiffs' Complaint.

WHEREFORE, Plaintiffs, Equal Rights Center and Rosemary Ciotti, and Defendant, Potbelly Sandwich Works, LLC, respectfully request that this Court grant Defendant forty-five (45) days from the date currently set to submit their answer or other responsive pleading to Plaintiffs' Complaint.

ON BEHALF OF PLAINTIFFS

ROSEMARY CIOTTI and
EQUAL RIGHTS CENTER,

By one of their attorneys

/s/ Gerard P. Finn /s/
Richard A. Ripley, Bar No. 412959
Gerard P. Finn, Bar No. 448462
John J. Dempsey, Bar No. 480348
Bingham McCutchen LLP
2020 K Street, NW
Washington, D.C. 20006-1806

Elaine Gardner, Bar No. 271262
Robert Bruskin, Bar No. 164293
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036

ON BEHALF OF DEFENDANT

POTBELLY SANDWICH WORKS, LLC

By one of their attorneys

/s/ Richard Karpinski /s/
Richard Karpinski, Bar No. 393412
Shapiro, Lifschitz and Schram, P.C.
1742 N Street, N.W.
Washington, D.C. 20036

SO ORDERED:          _____

Judge Colleen Kollar-Kotelly

Date:   _____