IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER <br><br> and <br><br> ROSEMARY CIOTTI, <br><br> Plaintiffs, <br><br> v. <br><br> POTBELLY SANDWICH WORKS, LLC <br><br> Defendant. | Case No. 1:07-CV-00283-CKK |

## MOTION FOR ADMISSION PRO HAC VICE
## OF STEVE A. MILLER, ESQ.,
## AS ATTORNEY FOR DEFENDANT

Defendant, Potbelly Sandwich Works, LLC, pursuant to LCvR 83.2 of the Local Rules of this Court, hereby moves the admission pro hac vice as attorney for Defendant of:

Steve A. Miller
Fisher & Phillips LLP
1000 Marquette Building
140 South Dearborn
Chicago, IL 60603

The undersigned, counsel of record for Potbelly Sandwich Works, LLC, hereby sponsors this admission. The Declaration required by LCvR 83.2 is attached. A proposed Order consistent with the foregoing is submitted herewith.

Chicago 86129.1

## STATEMENT PURSUANT TO LCvR 7

The undersigned certifies pursuant to LCvR 7 that on August 3, 2007, he conferred by telephone with counsel for the Plaintiff herein regarding the subject matter of this motion, and that the Plaintiff consents to the admission pro hac vice sought herein.

**CONCLUSION**

For the foregoing reasons, the motion for admission pro hac vice should be granted.

Dated:    August 3, 2007

Respectfully submitted,

SHAPIRO, LIFSCHITZ AND SCHRAM, P.C.

_____
Judah Lifschitz, Esq. 963330
Richard Karpinski, Esq., 393412
SHAPIRO, LIFSCHITZ AND
SCHRAM, P.C.
1742 N Street, N.W.
Washington, D.C. 20036
(202) 689-1900 (telephone)
(202) 689-1901 (facsimile)

Attorneys for Defendant
Potbelly Sandwich Works, LLC

Of Counsel:

Jane M. McFetridge (upon admission *pro hac vice*)
Steve A. Miller (upon admission *pro hac vice*)
Fisher & Phillips LLP
1000 Marquette Building
140 South Dearborn
Chicago, IL 60603

Tom P. Rebel (upon admission *pro hac vice*)
Fisher & Phillips LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA 30326

2

Chicago 86129.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER<br><br>and<br><br>ROSEMARY CIOTTI,<br><br>Plaintiffs,<br><br>v.<br><br>POTBELLY SANDWICH WORKS, LLC<br><br>Defendant. | Case No. 1:07-CV-00283-CKK |

### DECLARATION OF STEVE A. MILLER, ESQ, IN SUPPORT OF REQUEST FOR ADMISSION PRO HAC VICE

I, Steve A. Miller, of full age and under penalty of perjury pursuant to 28 U.S.C. §1746, hereby request admission to the Bar of this Court *pro hac vice*, in support of which I certify the following:

1. My full name is Steve A. Miller.

2. My state bar number for the State of Illinois is 6243506.

3. My business address, telephone and fax numbers are as follows: Fisher & Phillips LLP, 1000 Marquette Building, 140 South Dearborn Street, Chicago, Illinois 60603, telephone (312) 346-8061 and facsimile (312) 346-3179.

4. I was admitted to the practice of law in the State of Illinois in 1997, bar code number 6243506, and am a member of good standing of the bar of the State of Illinois. I was also admitted to practice in the United States District court for the Central District of Illinois in 2007, the United States District Court of Colorado in 2002; the

3

United States District Court for the Northern District of Illinois in 1997; and the United States Court of Appeals for the Seventh Circuit in 1999.

5. I have never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body.

6. There are no proceedings pending which could lead to disciplinary action being instituted against me in any such bodies listed above.

7. I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia within the past two years.

8. I do not engage in the practice of law from an office located within the District of Columbia, and am not a member of the District of Columbia bar or have an application pending.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON AUGUST 3, 2007.

STEVE A. MILLER, Applicant
Fisher & Phillips LLP
1000 Marquette Building
140 South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 346-8061
Facsimile: (312) 346-3179

*Laura Littell*

OFFICIAL SEAL
LAURA LITTELL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/21/09

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER )<br>)<br>and )<br>)<br>ROSEMARY CIOTTI, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>POTBELLY SANDWICH WORKS, LLC )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:07-CV-00283-CKK |

## ORDER

This Court having considered the Motion of Defendant Potbelly Sandwich Works, LLC for admission *pro hac vice* of Steve A. Miller, Esq., as Attorney for Defendant, and there being no opposition thereto, it is this __ day of _____, 2007, hereby

ORDERED, that the Motion be, and the same is hereby

GRANTED.

_____
Colleen Kolar-Kotelly
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2007, a copy of the foregoing was served upon the following by federal express for next business day delivery, addressed to:

Richard A. Ripley
Gerard P. Finn
John J. Dempsey
Bingham McCutchen LLP
2020 K Street, NW
Washington, D.C. 20006-1806

Elaine Gardner
Robert Bruskin
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036

_____
Richard Karpinski

Chicago 86129.1