IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER )<br>)<br>and )<br>)<br>ROSEMARY CIOTTI, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>POTBELLY SANDWICH WORKS, LLC )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:07-CV-00283-CKK |

## SECOND JOINT AND AGREED UPON STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR FILE RESPONSIVE PLEADING

Plaintiffs, Equal Rights Center and Rosemary Ciotti, and Defendant, Potbelly Sandwich Works, LLC (collectively, the "Parties"), by and through their respective counsel, submit this Second Joint and Agreed Upon Stipulation for an Extension of Time of Forty-five (45) days – until October 29, 2007 – for Defendant to submit its answer or other responsive pleading to Plaintiffs' Complaint, and in support of this Stipulation the Parties state as follows:

1.    On February 7, 2007, Plaintiffs filed their Complaint in this matter, which contains claims arising under Title III of the Americans With Disabilities Act, and the District of Columbia Human Rights Act.

2.    Plaintiffs' lawsuit alleges, among other things, that there are multiple barriers to access at eleven (11) of Defendant's restaurants in Washington, D.C.

3.    On or about May 31, 2007, Defendant executed a service waiver pursuant to Rule 4 of the Federal Rules of Civil Procedure, thereby providing Defendant until July 30, 2007, to

file its answer or other responsive pleading to Plaintiffs' complaint. On July 25, 2007, the Parties submitted their Initial Joint and Agreed Upon Stipulation and Request for Extension of Time for Defendant to Answer or File Responsive Pleading; thereafter, the Court provided Defendant until September 13, 2007, to file its answer or other responsive pleading.

4.  After learning of the instant lawsuit, Defendant conducted an investigation into Plaintiffs' allegations and surveyed each of the eleven (11) restaurants identified in Plaintiffs' complaint. Defendant continues to examine a number of potential measures to address Plaintiffs' asserted violations, and has already addressed some of the alleged violations.

5.  The Parties also have been actively engaged in settlement negotiations, and they have voluntarily exchanged information for purposes of the same. As a result, the Parties have made progress toward a possible settlement since the Court granted the initial stipulation. The progress of the Parties' settlement negotiations, however, continues to be complicated by the complexity of the issues involved. The Parties believe that they are moving forward on all settlement issues. As such, the Parties believe an extension of time for Defendant to respond to the Complaint will allow the Parties to continue to focus on resolving these concerns and will facilitate the Parties' settlement negotiations.

6.  This request and Stipulation is not being brought for the purpose of delay or for any improper purpose.

7.  This is the Parties' second request for an extension of time for Defendant to answer or otherwise respond to Plaintiffs' Complaint.

8.  Accordingly, in the interest of judicial economy and to facilitate further settlement negotiations, the Parties respectfully request that this Court grant Defendant forty-five (45) days

— until October 29, 2007 — to submit its answer or other responsive pleading to Plaintiffs' Complaint.

WHEREFORE, Plaintiffs, Equal Rights Center and Rosemary Ciotti, and Defendant, Potbelly Sandwich Works, LLC, respectfully request that this Court grant Defendant forty-five (45) days — until October 29, 2007 — to submit their answer or other responsive pleading to Plaintiffs' Complaint.

| ON BEHALF OF PLAINTIFFS | ON BEHALF OF DEFENDANT |
|---|---|
| ROSEMARY CIOTTI and<br>EQUAL RIGHTS CENTER, | POTBELLY SANDWICH WORKS, LLC |
| By on of their attorneys | By one of their attorneys |
| /s/ Gerard P. Finn /s/<br>Richard A. Ripley,  Bar No. 412959<br>Gerard P. Finn, Bar No. 448462<br>John J. Dempsey, Bar No. 480348<br>Bingham McCutchen LLP<br>2020 K Street, NW<br>Washington, D.C. 20006-1806<br><br>Elaine Gardner, Bar No. 271262<br>Robert Bruskin, Bar No. 164293<br>Washington Lawyers' Committee for<br>Civil Rights and Urban Affairs<br>11 Dupont Circle, N.W.<br>Suite 400<br>Washington, D.C. 20036 | /s/Richard Karpinski /s/<br>Richard Karpinski, Esq.<br>Shapiro, Lifschitz and Schram, P.C.<br>1742 N Street, N.W.<br>Washington, D.C.  20036 |

SO ORDERED: _____
Judge Colleen Kollar-Kotelly

Date: _____