## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER ) 
                       and )
ROSEMARY CIOTTI, )
             Plaintiffs, )
             v. )
POTBELLY SANDWICH WORKS, LLC )
             Defendant. )

Case No. 1:07-CV-00283-CKK

### NOTICE OF TENTATIVE SETTLEMENT

Plaintiffs, Equal Rights Center and Rosemary Ciotti, and Defendant, Potbelly Sandwich Works, LLC (collectively, the "Parties"), by and through their respective counsel, submit this Notice of Tentative Settlement, and in support of this Stipulation the Parties state as follows:

1.    The Parties have reached a tentative agreement as to the resolution of the terms of this litigation.

2.    The Parties are currently finalizing the settlement paperwork and anticipate completing and executing the settlement paperwork within the next thirty (30) days. The Parties further anticipate submitting a joint dismissal stipulation within the next thirty (30) days.

WHEREFORE, Plaintiffs, Equal Rights Center and Rosemary Ciotti, and Defendant, Potbelly Sandwich Works, LLC, hereby provide the Court with notice of the Parties' tentative settlement, and respectfully request that the Court stay the instant litigation pending the dismissal of this action.

ON BEHALF OF PLAINTIFFS

ROSEMARY CIOTTI and
EQUAL RIGHTS CENTER,

By one of their attorneys

/s/ Gerard P. Finn /s/
Richard A. Ripley,  Bar No. 412959
Gerard P. Finn, Bar No. 448462
John J. Dempsey, Bar No. 480348
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, D.C. 20006-1806

Elaine Gardner, Bar No. 271262
Robert Bruskin, Bar No. 164293
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036

ON BEHALF OF DEFENDANT

POTBELLY SANDWICH WORKS, LLC

By one of its attorneys

/s/Richard Karpinski /s/
Richard Karpinski, Esq.
Shapiro, Lifschitz and Schram, P.C.
1742 N Street, N.W.
Washington, D.C.  20036

SO ORDERED:

_____

Judge Colleen Kollar-Kotelly

Date: _____