UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            :
**EQUAL RIGHTS CENTER,** *et al*            :
                                            :
    Plaintiffs            :
                                            :
    v.                   :    Civil Action No. **07cv283**
                                            :    Judge Colleen Kollar-Kotelly
**POTBELLY SANDWICH WORKS, LLC** :
                                            :
    Defendant             :
_____:

**ORDER**

On October 26, 2007, the Court received notice from the parties, Docket Entry #13, that the parties have reached a settlement in principle.

Accordingly, it is this  30th  day of October, 2007,

**ORDERED** that this case is **DISMISSED**. The dismissal shall be **without** prejudice for a period of  45 days [until December 14, 2007] from the date of this Order. Should counsel fail to move to extend or to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed **with** prejudice.

                                                /s/
                                    JUDGE COLLEEN KOLLAR-KOTELLY
                                         United States District Judge