## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EQUAL RIGHTS CENTER | ) | |
| and | ) | |
| ROSEMARY CIOTTI, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:07-CV-283(CKK) |
| POTBELLY SANDWICH WORKS, LLC | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENTRY OF STIPULATED SETTLEMENT ORDER

As the parties have reached a settlement of this matter, they hereby move this Court to enter a Stipulated Settlement Order (the "Order"), in the form attached hereto, that incorporates the terms of the parties' Settlement Agreement and Mutual Release (the "Agreement"), dismisses this action with prejudice, closes this action subject only to the parties' performance of the Agreement and retains jurisdiction through March 2011, and for any additional time period requested by a party which the Court deems necessary, to enforce the terms of the Agreement and the Order.

ROSEMARY CIOTTI and
EQUAL RIGHTS CENTER,

By their attorneys:

/s/ Richard A. Ripley
Richard A. Ripley, Esq. (Bar No. 412959)
Gerard P. Finn, Esq. (Bar No. 448462)
John J. Dempsey, Esq. (Bar No. 480348)
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, D.C. 20006-1806
Telephone:    (202) 373-6000


Elaine Gardner, Esq. Bar No. 271262
Robert Bruskin, Esq. Bar No. 164293
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 319-1000


Dated:  December 4, 2007

POTBELLY SANDWICH
WORKS, LLC

By its attorneys:

/s/ Richard Karpinski
Judah Lifschitz, Esq.  (Bar No. 963330)
Richard Karpinski, Esq. (Bar No. 393412)
SHAPIRO, LIFSCHITZ AND
    SCHRAM, PC
1742 N Street, N.W.
Washington, D.C.
(202) 689-1900


Jane McFetridge, Esq.
Steve A. Miller, Esq.
FISHER & PHILLIPS LLP
1000 Marquette Building
140 Dearborn Street
Chicago, IL 60603
Telephone:  (312) 346-8061

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EQUAL RIGHTS CENTER )<br><br>and )<br><br>ROSEMARY CIOTTI, )<br><br>Plaintiffs, )<br><br>v. )<br><br>POTBELLY SANDWICH WORKS, LLC )<br><br>Defendant. ) | Civil Action No. 1:07-CV-283(CKK) |

## STIPULATED SETTLEMENT ORDER

This matter is before the Court on the parties' joint motion to enter an Order that: (1) incorporates by reference the parties' Settlement Agreement and Mutual Release dated as of November 14, 2007 (the "Agreement"); (2) dismisses the action with prejudice; and (3) closes this action subject only to the parties' performance of the Agreement, but provides that the Court retains jurisdiction to enforce the Agreement and this Order in the event a party alleges a breach of the Agreement.

In light of the parties' agreement, as reflected by the signatures of their counsel below, it is hereby ORDERED this ___ day of _____, 2007 as follows:

1. The terms of the Agreement are incorporated herein.

2. This action is dismissed with prejudice.

3. This action shall be closed, except that the Court shall retain jurisdiction over this action and the parties through March 2011 or earlier if the terms of the Agreement are completed, or for any additional time period after March 2011 if the terms of

the Agreement are not completed and if requested by a party and which the Court

deems necessary, for purposes of enforcing the Agreement and this Order.

IT IS SO ORDERED.


_____
Judge Colleen Kollar-Kotelly


SEEN AND AGREED TO:

| | |
|---|---|
| ROSEMARY CIOTTI and EQUAL RIGHTS CENTER, | POTBELLY SANDWICH WORKS, LLC |
| By their attorneys: | By its attorneys: |
| /s/  Richard A. Ripley | /s/ Richard Karpinski |
| Richard A. Ripley, Esq. (Bar No. 412959) | Judah Lifschitz, Esq.  (Bar No. 963330) |
| Gerard P. Finn, Esq. (Bar No. 448462) | Richard Karpinski, Esq. (Bar No. 393412) |
| John J. Dempsey, Esq. (Bar No. 480348) | SHAPIRO, LIFSCHITZ AND |
| BINGHAM McCUTCHEN LLP | SCHRAM, PC |
| 2020 K Street, N.W. | 1742 N Street, N.W. |
| Washington, D.C.  20006-1806 | Washington, D.C. |
| Telephone:    (202) 373-6000 | (202) 689-1900 |
| | |
| Elaine Gardner, Esq. Bar No. 271262 | Jane McFetridge, Esq. |
| Robert Bruskin, Esq. Bar No. 164293 | Steve A. Miller, Esq. |
| Washington Lawyers' Committee for | FISHER & PHILLIPS LLP |
| Civil Rights and Urban Affairs | 1000 Marquette Building |
| 11 Dupont Circle, N.W. | 140 Dearborn Street |
| Suite 400 | Chicago, IL  60603 |
| Washington, D.C.  20036 | Telephone:  (312) 346-8061 |
| Telephone:  (202) 319-1000 | |