IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EQUAL RIGHTS CENTER<br><br>and<br><br>ROSEMARY CIOTTI,<br><br>Plaintiffs,<br><br>v.<br><br>POTBELLY SANDWICH WORKS, LLC<br><br>Defendant. | Civil Action No. 1:07-CV-283(CKK) |

## STIPULATED SETTLEMENT ORDER

This matter is before the Court on the parties' joint motion to enter an Order that: (1) incorporates by reference the parties' Settlement Agreement and Mutual Release dated as of November 14, 2007 (the "Agreement"); (2) dismisses the action with prejudice; and (3) closes this action subject only to the parties' performance of the Agreement, but provides that the Court retains jurisdiction to enforce the Agreement and this Order in the event a party alleges a breach of the Agreement.

In light of the parties' agreement, as reflected by the signatures of their counsel below, it is hereby ORDERED this 4th day of Dec, 2007 as follows:

1. The terms of the Agreement are incorporated herein.

2. This action is dismissed with prejudice.

3. This action shall be closed, except that the Court shall retain jurisdiction over this action and the parties through March 2011 or earlier if the terms of the Agreement are completed, or for any additional time period after March 2011 if the terms of

- 2 -

the Agreement are not completed and if requested by a party and which the Court deems necessary, for purposes of enforcing the Agreement and this Order.

IT IS SO ORDERED.

_____
Judge Colleen Kollar-Kotelly

SEEN AND AGREED TO:

| | |
|---|---|
| ROSEMARY CIOTTI and<br>EQUAL RIGHTS CENTER, | POTBELLY SANDWICH<br>WORKS, LLC |
| By their attorneys: | By its attorneys: |
| /s/ Richard A. Ripley<br>Richard A. Ripley, Esq. (Bar No. 412959)<br>Gerard P. Finn, Esq. (Bar No. 448462)<br>John J. Dempsey, Esq. (Bar No. 480348)<br>BINGHAM McCUTCHEN LLP<br>2020 K Street, N.W.<br>Washington, D.C. 20006-1806<br>Telephone: (202) 373-6000 | /s/ Richard Karpinski<br>Judah Lifschitz, Esq. (Bar No. 963330)<br>Richard Karpinski, Esq. (Bar No. 393412)<br>SHAPIRO, LIFSCHITZ AND<br>    SCHRAM, PC<br>1742 N Street, N.W.<br>Washington, D.C.<br>(202) 689-1900 |
| Elaine Gardner, Esq. Bar No. 271262<br>Robert Bruskin, Esq. Bar No. 164293<br>Washington Lawyers' Committee for<br>Civil Rights and Urban Affairs<br>11 Dupont Circle, N.W.<br>Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 319-1000 | Jane McFetridge, Esq.<br>Steve A. Miller, Esq.<br>FISHER & PHILLIPS LLP<br>1000 Marquette Building<br>140 Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 346-8061 |